**COMMONWEALTH of Pennsylvania, ex rel. Francis KIRSHNER, Petitioner**

v.

**Honorable Shelly Robins NEW, Warden John Delaney, CFCF, Respondents.**

**No. 145 EM 2010.**

Supreme Court of Pennsylvania.

March 9, 2011.

### ORDER

PER CURIAM.

**AND NOW,** this 9th day of March, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.** The Prothonotary is directed to strike the jurist's name from the caption.

---

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**John BROCK, Respondent.**

Supreme Court of Pennsylvania.

March 10, 2011.

### ORDER

PER CURIAM.

**AND NOW,** this 10th day of March 2011, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Did the trial court err in dismissing the serious charges against defendant under Rule 600, where he waived his Rule 600 claim by failing to file a motion to dismiss, and by voluntarily failing to appear for the March 8, 2005 trial listing?

---

**Alysse COOPER, a Minor, by and through her Parent and Natural Guardian Denise Cooper; and Denise Cooper, Individually, Petitioners**

v.

**LANKENAU HOSPITAL; Sharon Nemser–Rudo, M.D.; Benjamin Montgomery, M.D.; Eric Carlson, M.D.; and Main Line Health, Inc., Respondents.**

Supreme Court of Pennsylvania.

March 10, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of March 2011, the Petition for Allowance of Appeal is **LIMITED GRANTED.** The issue, rephrased for clarity, is:

(a) Is it error for a trial court to require the patient in a medical lack-of-consent case to prove the elements of actual battery, including the doctor's mens rea or intent to cause harm?